UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, LAFACE RECORDS, LLC, SONY MUSIC ENTERTAINMENT, UMG RECORDINGS, INC., AND WARNER BROS. RECORDS, INC.,<br><br>*Plaintiffs*,<br><br>-against-<br><br>SPINRILLA, LLC AND JEFFREY DYLAN COPELAND,<br><br>*Defendants*. | CIVIL ACTION<br><br>MISC. Case No.   17-mc-00359<br><br>No.: 1:17-CV-00431<br>(pending in Northern District of Georgia) |

### NOTICE OF MOTION TO QUASH SUBPOENA AND FOR SANCTIONS

**PLEASE TAKE NOTICE**, that upon the Declaration of James T. Hunt, Jr., Esq., sworn on September 26, 2017, and the exhibits attached thereto, the Declaration of William R. Rosenblatt, sworn on September 26, 2017, and the accompanying Memorandum of Law, the Non-Party William R. Rosenblatt, through his undersigned counsel, will move before this Court, in Part I, before a Judge to be assigned by the Court, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY, 10007, at a date and time to be set by the Court for an Order: (1) quashing the Subpoena served upon William Rosenblatt pursuant to Rule 45(d) of the Federal Rules of Civil Procedure; and (2) imposing sanctions on Defendants and their counsel for issuing the Subpoena, pursuant to Federal Rule of Civil Procedure 45(d)(1).

1

  PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 6.1(a), any opposing affidavits or answering memoranda of law shall be served within seven (7) days after service of the moving papers, and any reply affidavits and reply memoranda of law shall be served within two (2) days after serving of the answering papers.

Dated: September 27, 2017    Respectfully submitted,

               **TENAGLIA & HUNT, P.A.**

               By: _____
                James T. Hunt, Jr.

               395 W. Passaic St., Suite 205
               Rochelle Park, NJ 07662
               P: 201-820-6001
               F: 201-226-0795
               jhunt@tenagliahunt.com
               Attorneys for William Rosenblatt