**TENAGLIA & HUNT**

*Law. Differently.*

*Please send all mail to our New Jersey address*

395 West Passaic Street | Suite 205
Rochelle Park, New Jersey 07662
201.820.6001 Main | 201.226.0795 Fax

5 Penn Plaza | 21st Floor
New York, New York 10001
212.692.0200 Main | 212.692.0202 Fax

www.tenagliahunt.com

February 9, 2018

**Via ECF**
Hon. Ronnie Abrams, U.S.D.J.
United States District Court,
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    Atlantic Recording Corp. et al. v. Spinrilla, LLC, et al.
             Case No. 17-mc-00359
             Our File LN0239

Dear Judge Abrams:

    I represent William Rosenblatt in this matter and write in response to the Court's February 6, 2018 Order awarding reasonable attorney's fees and costs. I write to respectfully request that the Court enter the attached Order for Judgment, which I believe was contemplated by the Court in the "Conclusion" section of the Court's October 27, 2017 Order and Decision granting the Motion to Quash and awarding fees.

    I thank the Court for its time and consideration of this matter.

                          Respectfully submitted,

                          TENAGLIA & HUNT, P.A.

                          */s/ James T. Hunt, Jr*.

                          James T. Hunt, Jr.

Enc.

cc: David Lilenfeld, Esq. (via e-mail)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, LAFACE RECORDS, LLC, SONY MUSIC ENTERTAINMENT, UMG RECORDINGS, INC., AND WARNER BROS. RECORDS, INC.,<br><br>*Plaintiffs*,<br><br>-against-<br><br>SPINRILLA, LLC AND JEFFREY DYLAN COPELAND,<br><br>*Defendants*. | CIVIL ACTION<br><br>MISC. Case No. 17-mc-00359<br><br>No.: 1:17-CV-00431<br>(pending in Northern District of Georgia)<br><br>**ORDER FOR JUDGMENT** |

It is hereby on this _____ day of _____, 2018;

**ORDERED** that William R. Rosenblatt is hereby awarded sanctions in the form of reasonable attorney's fees and costs in the total amount of $17,427.00, which shall be paid by David Lilenfeld, Lilenfeld, PC, Spinrilla, LLC, and Jeffrey Dylan Copeland; and it is further

**ORDERED** that judgment is hereby entered in favor of William R. Rosenblatt, and against David Lilenfeld, in his individual and personal capacity, Lilenfeld, PC, Spinrilla, LLC, and Jeffrey Dylan Copeland, in his individual and personal capacity, jointly and severally, in the total amount of $17,427.00.

_____
Ronnie Abrams
United States District Judge