UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/18

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, LAFACE RECORDS, LLC, SONY MUSIC ENTERTAINMENT, UMG RECORDINGS, INC., AND WARNER BROS. RECORDS, INC., <br><br> *Plaintiffs*, <br><br> -against- <br><br> SPINRILLA, LLC AND JEFFREY DYLAN COPELAND, <br><br> *Defendants*. | CIVIL ACTION <br><br> MISC. Case No. 17-mc-00359 <br><br> No.: 1:17-CV-00431 <br> (pending in Northern District of Georgia) <br><br> **ORDER FOR JUDGMENT** |

It is hereby on this ___9th___ day of ___February___, 2018;

**ORDERED** that William R. Rosenblatt is hereby awarded sanctions in the form of reasonable attorney's fees and costs in the total amount of $17,427.00, which shall be paid by David Lilenfeld, Lilenfeld, PC, Spinrilla, LLC, and Jeffrey Dylan Copeland; and it is further

**ORDERED** that judgment is hereby entered in favor of William R. Rosenblatt, and against David Lilenfeld, in his individual and personal capacity, Lilenfeld, PC, Spinrilla, LLC, and Jeffrey Dylan Copeland, in his individual and personal capacity, jointly and severally, in the total amount of $17,427.00.

_____  2/9/18
Ronnie Abrams
United States District Judge