**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

1:17-mc-00359-RA

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of April, two thousand and eighteen,

_____

Atlantic Recording Corporation, LaFace Records, LLC, Sony Music Entertainment, UMG Recordings, Inc.,

      Plaintiffs,

William Rosenblatt,

      Appellee,

v.

Spinrilla LLC, Jeffrey Dylan Copeland,

      Defendant - Appellant.

_____

**ORDER**
Docket No. 18-419

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 19, 2018

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

      For The Court:
      Catherine O'Hagan Wolfe,
      Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 04/19/2018